USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-7-23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                  **Plaintiff,**

     -against-

ROBERT BRENT,

                  **Defendant.**

------------------------------------------------------------- x

17-CR-21 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    A Violation of Supervised Release Hearing is scheduled for **February 9, 2023** at **2:00 p.m.**

SO ORDERED.

Dated:    New York, New York
             February 7, 2023

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**