USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _2-8-23_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x

UNITED STATES OF AMERICA,                              :
                                                       :
                                      **Plaintiff,**   :
                                                       :      **17-CR-21 (ALC)**
              -against-                                :
                                                       :      <u>**ORDER**</u>
ROBERT BRENT,                                          :
                                                       :
                                      **Defendant.**   :
                                                       :
                                                       :
-------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

  The Violation of Supervised Release Hearing scheduled for **February 9, 2023**

is adjourned to **2:15 p.m.**

**SO ORDERED.**

Dated:  **New York, New York**
    **February 8, 2023**

              **ANDREW L. CARTER, JR.**
              **United States District Judge**